IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J & J SPORTS PRODUCTIONS, INC..    Civil Action No.  08 CV 3009

    Plaintiff,

**Rule 7.1 Statement**

EL PASO BAR & GRILL CORP.
d/b/a EL PASO BAR & GRILL
and ALVARO ACEVEDO

    Defendants,

_____

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for J & J Sports Productions, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.


Date:  March 14, 2008          /s/ Paul J. Hooten
                                                Signature of Attorney
                                                Paul J. Hooten, Esq.
                                                Attorney Bar Code: PJH9510