1PJH966125 – PAUL J. HOOTEN, ESQ

## UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

-----------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,**

     PLAINTIFF

– vs. –

**EL PASO BAR & GRILL CORP DBA EL PASO BAR & GRILL ET ANO,**

     DEFENDANT

-----------------------------------------

Index No: **08 CV 3009**
Date Filed:  /  /
Office No: **131402**
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**STEVEN AVERY** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **05/05/2008** at **8:55AM** at the office of the Secretary of State of the State of New York in the City of Albany, New York, I served the **SUMMONS AND COMPLAINT** upon **EL PASO BAR & GRILL CORP DBA EL PASO BAR & GRILL** the **DEFENDANT** in this action by delivering to and leaving with **DONNA CHRISTIE, CLERK AUTHORIZED TO ACCEPT** in the office of the Secretary of State of New York, two true copies thereof and at the same time of making such service, deponent paid said Secretary of State, a fee of $40.00. That said service was made pursuant to Section 306 of the BCL.

Deponent further states, he knew the said served to be an authorized **CLERK AUTHORIZED TO ACCEPT** in the Corporate Division of the State of New York.

Deponent further describes the person actually served as follows:

| | | |
|---|---|---|
| SEX: **FEMALE** | COLOR: **WHITE** | HAIR: **BLONDE** |
| APP. AGE: **40** | APP. HT: **5'5** | APP. WT: **145** |
| OTHER IDENTIFYING FEATURES: | | |

Sworn to before me on **05/07/2008**.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

STEVEN AVERY
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
ER

