```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
J&J SPORTS PRODUCTIONS, INC.,     :
                                  :   08 Civ. 3009 (VM)
                Plaintiff,        :
                                  :
      -against-                   :         ORDER
                                  :
EL PASO BAR & GRILL CORP., et al.,:
                                  :
                Defendants.       :
----------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Upon review of the Docket Sheet of this case the Court noted that service of process was made on defendants herein on May 5 and May 16, 2008 and that the answer to the complaint was due by May 27 and June 5, 2008. The Court's public file for this case contains no record that such answer has been made by either defendant. Accordingly, it is hereby

**ORDERED** that plaintiff(s) herein are directed to inform the Court by July 7, 2008 of the status of this matter and plaintiff's contemplation with respect to further proceedings in this case. In the event no timely response to this Order is submitted the Court may dismiss the action for lack of prosecution.

**SO ORDERED.**

Dated:   New York, New York
         1 July 2008

                                          /s/ Victor Marrero
                                          VICTOR MARRERO
                                          U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-1-08