**Paul J. Hooten & Associates**
**5505 Nesconset Hwy., Suite 203**
**Mt. Sinai, New York 11766**
**(631)331-0547**

July 2, 2008

U.S. District Court
500 Pearl Street
New York, NY 10007

To The Hon. Victor Marrero

        RE: J&J Sports Productions, Inc,.
          v. El Paso Bar & Grill Corp., d/b/a El Pass Bar & Grill
           and Alvaro Acevedo

        Case No. 08-CV-3009(VM)

As per your Order dated July 1, 2008, this letter shall serve to confirm this office has sent a request to the Clerk of the Court for a Certificate of Default.

Upon my receipt of the signed Certificate of Default this office will file it's motion for a default judgment pursuant to your Chamber Rules.

Also, the defendant has been notified that they are in default of filing an answer to the summons and complaint served upon them.

Should you have any further questions please do not hesitate to contact me.

Very truly yours,

/s/ Paul J. Hooten

PJH/cl