```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
J&J SPORTS PRODUCTIONS, INC.,           :
                                        :      08 Civ. 3009 (VM)
                    Plaintiff,          :
                                        :
       -against-                        :      ORDER
                                        :
EL PASO BAR & GRILL CORP., et al.,      :
                                        :
                    Defendants.         :
---------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Upon review of the Docket Sheet of this case the Court noted that service of process was made on defendants El Paso Bar & Grill Corp. and Alvaro Acevedo herein on May 5, 2008 and May 16, 2008 respectively, and that their answers to the complaint were due by May 27, 2008 and June 5, 2008. By Order dated July 1, 2008 the Court directed plaintiff to provide a status report indicating plaintiff's contemplation with regard to further litigation of this matter. In response, plaintiff, by letter dated July 2, 2008, expressed its intent to move for entry of a default judgment. The Court's public file for this case contains no record that any answer has been filed, nor has plaintiff take any additional action to prosecute the case. Accordingly, it is hereby

**ORDERED** that plaintiff herein is directed to show cause by September 4, 2008 why this action should not be dismissed for lack of prosecution.

**SO ORDERED.**

Dated:   New York, New York
         28 August 2008

                                              VICTOR MARRERO
                                                 U.S.D.J.

*USDS SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 8-28-08*